## FIRST DEPARTMENT, OCTOBER TERM, 1886.

ments, and retaxation granted, with ten dollars costs, but plaintiff to be at liberty to apply to the court to ascertain value of real estate, and then to have proper statutory allowance computed by clerk. Mem. by Learned, P. J.

John Staats v. Thomas Garrett.—Motion for reargument denied.

Daniel C. Bradt, Appellant, v. Joseph Hynes, Respondent.—Order affirmed, with ten dollars costs and printing disbursements.

Richard Heller, Appellant, v. Peter Fritcher et al., Respondents.

Jane C. Moody, Appellant, v. Same, Respondents. —Order vacating injunction reversed, with ten dollars costs in each case and printing disbursements, and motion to vacate injunction denied, with ten dollars costs in each case.

Richard Heller, Appellant, v. Harlan P. Kline et al., Respondents.

Jane C. Moody, Appellant, v. Same, Respondents.—Order vacating injunction vacated, with ten dollars costs and printing disbursements in each case, and motion to vacate denied, with ten dollars costs in each case.

Esek Bussey, Appellant, v. Milo H. Olin, Respondent.—Order affirmed, without costs, the defendant consenting not to move to change the place of trial.

The People of the State of New York v. The Mayor, etc. — Order reversed and motion granted, no costs of appeal or order to either party. Opinions by Learned, P. J., and Bockes, J.; Landon, J , not acting.

Eliza Rodman, Respondent, v. Henry Rodman, Appellant.—Order appealed from modified ; ordered that the thirty dollars costs, granted in the order for attachment, be stricken out, and that execution of attachment be limited accordingly. Mem. by Learned, P. J.

John P. Collier and another, Appellants, v. Charles C. Abeel and others, Respondents.—

Judgment affirmed, on opinion of Special Term.

George D Smith, as Administrator, etc., Appellent, v Benjamin Cooper and others, Respondents.—Judgment reversed, new trial granted, costs to abide event. Mem. by Learned, P. J.

William Clark, Jr., as Executor, etc., Respondent, v. George Clarke, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and printing disbursements.

Rufus Heaton, Appellant, v. John Phillips and others, Respondents. — Judgment of County Court affirmed, with costs. Mem. by Learned, P. J.

Hiron W. Allen, Executor, etc., Respondent, v. James W. Shephard and others, Appellants. — Order reversed, with ten dollars costs and printing disbursements, and motion to change place of trial granted, with ten dollars costs.

Abel A. Crosby v. The President, etc., of the Delaware and Hudson Canal Company.— Motion for leave to go to Court of Appeals granted.

Adelbert W. Boynton and another, Respondents, v. Melvin Wilkins, Appellant. —Order affirmed, with ten dollars costs and printing disbursements.

Alexander C. Morrison, Respondent, v. Jane Van Benthuysen and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

S. Eugene Newcomb, Respondent, v. H. Joseph Buddington, Sole Survivor, etc., Appellant. — Judgment affirmed, with costs.

In the Matter of the Estate of Mary McPherson.— Decree affirmed, with costs.

Sylvester Viets, Appellant, v. The Union National Bank of Troy, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

## FIRST DEPARTMENT, OCTOBER TERM, 1886.

In the Matter of Samuel J. Hunt. — Order reversed, and proceedings remanded for further hearing, with costs of appeal to appellant, to be credited to him and applied on amount adjudged against him. Opinion by Davis, P. J.

Warren Beman, Plaintiff, v. Louis L. Todd, Defendant. —Judgment reversed, new trial ordered, costs to abide event. — Order to be entered as directed in opinion. Opinion by Davis, P. J.

Meta Muhlenbrink and others, Appellants, v. Louis J. Pooler and another, Respondents.— Motion denied, with ten dollars costs. Opinion by Daniels, J.

William C. Bauer v. T. F. Betz. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

D. Willis James v. The Mayor, etc., of the City of New York. — Judgment ordered for plaintiff, as directed in opinion. Opinion by Daniels, J.

James Talcott, Respondent, v. Walter P. Hess, Appellant

Lewis Mayer and others v. Walter P. Hess. — Judgments affirmed, with costs. Opinion by Daniels, J.

Claus F. Hinck and another, Respondents, v. Adolph Dessar and others, Appellants.

Abraham Stetnan, Respondent, v. The Same. — Orders affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Anna M. Dean, Appellant, v. William Milne, Executor, etc., Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Macomber, J.

Nelson Merrill, Respondent, v. Farmers' Loan and Trust Company, Appellant. — Judgment

and order reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Charles Doll and another, Respondents, v. William Noble, Appellant. — Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of Vesta Miller.—Order reversed, with ten dollars costs and disbursements, and motion denied. Opinion by Daniels, J.

John F. Betz, Respondent, v. Henry Daily, Jr., and another, Appellants. — Judgment affirmed, with costs. Opinion by Macomber, J.

In the Matter of Nathaniel Gilman. — Orders affirmed, without costs. Opinion by Daniels, J.

Francis S. Bangs and others v. Robert Hill.— Judgment ordered for plaintiff as directed in opinion. Opinion by Macomber, J.

Constance B. Price, Respondent, v. Stephen Brown and others, Appellants.—Judgment affirmed, with costs. Opinion by Macomber, J.

William E. Westerfield, Appellant, v. Peter A. H. Jackson, Respondent.—Judgment affirmed. Opinion by Brady, J.

In the Matter of H. Mason Raborg.— Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J.

Joseph Cornell, Respondent, v. James Eagan, Administrator, etc., Appellant.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

In the Matter of Richard Amerman.— Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Herman Weckerlin, Appellant, v. Henry K. White and others, Respondents. — Judgment affirmed. Opinion by Macomber, J.

Robinson Consolidated Mining Company, Re-